**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:26-mj-000163 |
| **v.** | Assigned To: Judge Upadhyaya, Moxila A. |
| **KOOPER THURSTON** | Assign. Date: 9/18/2026 |
| *Defendant.* | Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Timothy Palchak, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging KOOPER THURSTON with Travel with the Intent to Engage in Illicit Sexual Conduct, in violation of 18 U.S.C. § 2423(b). Specifically, while residing in the District of Columbia, on or about September 17, 2026, THURSTON traveled from the District of Columbia to the Commonwealth of Virgina with the intent to engage in illicit sexual conduct with a purported minor 7-year-old child.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I have drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

4. I am currently a Senior Police Officer (SPO) with the Metropolitan Police Department (MPD) / FBI Child Exploitation and Human Trafficking Task Force (CEHTTF). My tenure with the MPD spans 30 years, and I have been conducting criminal investigations in this capacity for more than 20 years. I am responsible for investigating federal Child Exploitation offenses to include the advertisement of child pornography and attempt sexual exploitation of children. As a task force member, I am authorized to investigate violations of United States laws and to execute search warrants issued under the authority of the United States. I have gained experience in such investigations through formal training and on-the-job training with more experienced detectives and agents. I have received training and experience in interviewing and interrogation techniques, peer-to-peer file sharing investigations, arrest procedures, search warrant applications, surveillance, and a variety of other investigative tools available to law enforcement officers.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2423(b) have been committed by KOOPER THURSTON.

## PROBABLE CAUSE

7. On Monday, September 14, 2026, a Federal Bureau of Investigation (FBI) Washington Field Office (WFO) Task Force Officer (TFO) was acting in an undercover capacity

(UC) as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a social media platform known to the UC as a place where people meet to discuss various fetishes among other things. The application is a privacy-oriented, anonymous social media app for sharing, venting, and connecting in a less identity-driven way. It allows you to engage in communities, post and reply anonymously, choose connections nearby or globally, and focus more on content than persona.

8. While in this platform the undersigned posted messages in several groups that he was a member of. The majority of these groups are taboo in nature and involve incest related discussions among other things. A user using the screen name, "diapysoup" with a profile indicating that he was a 19-year-old male from Washington, D.C. initiated a private chat with the undersigned. This person was subsequently identified as KOOPER THURSTON ("Subject").

9. THURSTON sent the following message to the UC while in the Fetish website, "I'd love to hear all your nasty taboo thoughts." THURSTON further stated, "I'm very open, love incest. I live alone my family all lives about 10 hours away but back home my mom and dad are separated." After briefly communicating within this application, the UC and THURSTON moved to the Session application that same day. [1] The following is a portion of that chat conversation:

UC: So what do u enjoy perving too? Any family experiences.

THURSTON: Mainly my mom. My experiences are peeping in her/fingering my lil sis once but that's it.

---

[1] Session is a privacy-focused, encrypted messaging application that allows users to communicate and transmit messages, photographs, and videos through unique account identifiers without requiring a telephone number or email address.

UC: Mmmmm how old is she

THURSTON: She is 43 my lil sis was 10 I was 12

UC: You ever get any good peeks on them

THURSTON: Yeah my mom. Her tits ass and pussy

10. Continuing the conversation on September 14, 2026, the UC informed THURSTON that he is a dad with a purported 7-year-old daughter and divorced from his wife. Thurston expressed in interest in the UC's relationship with his purported daughter stating, "I wanna hear more about all you have done and would do to your daughter, it turns me on so much."

11. During the course of the chat the UC and Thurston discussed videos. The following is a portion of that conversation:

UC: You in any good groups here? What kinna vids make u cum

THURSTON: I wish but no groups, a lot of vids make me cum especially older and younger together.

UC: Mmmm yes love that

UC: What's the youngest with older that u have seen?

THURSTON: Not sure maybe like 12

THURSTON: But idc I'll watch what you send

12. Later in the chat the discussion of videos continued. The following is a portion of that conversation:

THURSTON: Also, I know you were mentioning videos, did you have any to send?

UC: I can look and see if I still have them saved.

UC: What about u, do u have any young and naughty vids

THURSTON: I don't sadly

UC: Ah ok, yeah I typically share with people who have stuff

THURSTON: Awe damn. Well we are both in DC. Maybe I can do one better and come see them and that daughter of yours (devil face emoji)

UC: I would be down for that if your serious, of course we have to keep it on the down low.

THURSTON: Absolutely can keep it down low

THURSTON: I'm serious if you're down

UC: Yeah totally I get her every other week

UC: What days are typically good for you

THURSTON: Tuesday, Thursday, Friday weekends

UC: Ok cool, that works for us

THURSTON: What all would we do? I want to make sure I respect your wishes

UC: Yeah, so I don't fuck her because she is still to tiny and don't want any issues, I am open to you doing other stuff with her if that's something your interested in and would want to do

THURSTON: Fuck I'd love to eat that pussy. Then maybe have her suck and stroke me then I could cum wherever you'd like

UC: Yes totally cool with that, I actually think it would be rally hot to see her with a strange cock

THURSTON: Fuckkkkk yeah I cant wait. What time or day works best for you? I have no classes on Tuesdays

UC: Ok, next Tuesday may work not tomorrow but the following if that's good with you, either day or evening. I'll figure out a time once we get closer.

13. During the course of the chat THURSTON discussed the sexual things he wanted to do with the UC's purported minor daughter. The following is a portion of that conversation:

THURSTON: Fuck yes

THURSTON: I'll also want to rub my tip all over her pussy and I hope she looks right at you while servicing my cock.

The chat continued, the following is a portion of that conversation:

UC: So I almost did this once with another guy but he freaked out when he saw her, so I want to make sure that you are 100% comfortable with the situation being that she is 7.

UC: Im not into fantasy at all so I just want to make sure that you know this is legit and real before you commit

UC: My big thing is being careful and trusting the person

UC: Just let me know either way

THURSTON: Yeah I understand I'm comfortable with the idea for certain. I just worry about verifying that its actually legit like

14. On September 15, 2026, the UC and THURSTON discussed validation—how to ensure that both were serious about their plan to meet. The UC sent THURSTON a pair of his daughter's purported panties with the requested name of "Stephan" on a piece of paper next to the panties. THURSTON sent the UC an image of his underwear with the name, "Jon" written on a health care mask. THURSTON informed the UC that he would bring those same items with him at the meet.

15. That same day, the UC exchanged cellular phone numbers with the defendant. The defendant used the cellular number 839-400-XXXX. A law enforcement database check revealed that the number resolved back to Kooper Thurston. During the course of the chat the UC informed THURSTON that his purported ex-wife was going out of town and he would have access to his purported daughter at his ex-wife's home in Virginia on September 17, 2026.

16. On September 15, 2026, the UC and THURSTON continued their chat via text message. During the course of the cellular chat THURSTON agreed to meet at the Crystal City Metro stop in Arlington, VA on Thursday, September 17, 2026, for the purpose of THURSTON to engage in sexual conduct with the UC's purported 7-year-old daughter.

17. On September 17, 2026, at approximately 1530 hours, THURSTON informed the UC that he was finished with his college class and heading to the metro. The UC was waiting at the prearranged location at the exit of the Crystal City, Virginia Metro Station. At approximately 1600 hours, THURSTON arrived and met the UC. The UC exchanged pleasantries with THURSTON, and then pointed to a nearby apartment building and informed THURSTON that is where his daughter lives. THURSTON stated "ok" and began walking in the direction of the apartment building with the UC. As the UC was walking, he gave a prearranged signal to the arrest team, and THURSTON was placed under arrest.

18. A cursory search of THURSTON revealed an iPhone, a medical mask with the UC's name on it, and a pair of underwear. THURSTON produced a Government ID bearing the name, KOOPER THURSTON. THURSTON was transported to the WFO FBI for processing.

19. THURSTON waived his Miranda rights and provided a statement. THURSTON admitted that he traveled from Washington D.C. via Metro to Virginia for the purpose of meeting with the UC and his purported daughter. Once THURSTON was questioned about the sexual comments he made in the chat, he requested a lawyer, and the interview ceased.

**CONCLUSION**

20. For the reasons set forth above, I submit that probable cause exists to believe that on or about and between September 17, 2026, THURSTON knowingly traveled from Washington D.C. to the Commonwealth of Virginia for the purpose of engaging in illicit sexual conduct with a minor, in violation of 18 U.S.C. § 2423(b). I respectfully request that a criminal complaint be issued for THURSTON.

Respectfully submitted,

Timothy Palchak
Senior Police Officer
Metropolitan Police Department of D.C.

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on September 18, 2026.

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE