**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **KOOPER THURSTON,** | : | **18 U.S.C. § 2423(b)** |
| | : | **(Travel with Intent to Engage in Illicit** |
| **Defendant.** | : | **Sexual Conduct)** |
| | : | |
| | : | **21 U.S.C. § 853(p), 18 U.S.C. § 2428** |
| | : | **(Forfeiture Allegation)** |
| | : | |

# INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

On or about September 17, 2026, in the District of Columbia and elsewhere, the defendant, **KOOPER THURSTON,** did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

**(Travel with Intent to Engage in Illicit Sexual Conduct**, in violation of 18 U.S.C. § 2423(b))

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **KOOPER THURSTON**, shall forfeit to the United States (1) such person's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the

commission of such violation; and (2) any property, real of person, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 2428.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or so to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be divided without difficulty

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to 18 U.S.C. § 2428, and 21 U.S.C. § 853(p))

A TRUE BILL:

FOREPERSON.

Jeanine Ferris Pirro

By: Janani J. Iyengar
Janani Iyengar
Attorney of the United States
and for the District of
Columbia